462

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roosevelt Cornell SANDERS,
Defendant–Appellant.**

No. 02–7256.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 14, 2002.

Decided Dec. 3, 2002.

Roosevelt Cornell Sanders, Appellant Pro Se. Marvin Jennings Caughman, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Roosevelt Cornell Sanders seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Sanders has not made a substantial showing of the denial of a constitutional right. *See United States v. Sanders,* Nos. CR–94–631; CA–02–993–0–10 (D.S.C. filed August 2, 2002; entered Aug. 5, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*